1    BRIAN J. STRETCH (CABN 163973)
     United States Attorney
2
     BARBARA J. VALLIERE (DCBN 439353)
3    Chief, Criminal Division

4    CHRISTINA McCALL (CABN 234139)
     Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3680
7       Facsimile:  (510) 637-3724
        E-Mail:      christina.mccall@usdoj.gov
8
9    Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13   UNITED STATES OF AMERICA,              )   No.  16-71042-MAG
                                            )
14            Plaintiff,                     )   STIPULATED REQUEST TO ORDER
                                            )   DEFENDANT REMOVED TO THE EASTERN
15       v.                                  )   DISTRICT OF MICHIGAN AND EXCLUDE TIME
                                            )
16   DAMARCUS BRISTAUN FITZHUGH,            )
                                            )
17            Defendant.                     )
                                            )
18   _____)
                                            )
19

20         On August 19, 2016, defendant Damarcus Fitzhugh was arrested on a warrant from the Eastern

21   District of Michigan.  At the bond hearing on August 24, 2016, Fitzhugh admitted his identity.  During

22   that hearing, this Court ordered Fitzhugh released on a $50,000 bond, but stayed that release order at the

23   government's request, because government counsel indicated that it would appeal the release order to

24   the district judge in the Eastern District of Michigan (EDMI)—case 17CR20075 / 16-mj-30364.  United

25   States District Judge Gershwin A. Drain revoked the order setting bond conditions.  See Exhibit 1,

26   EDMI 16-mj-30364, Dkt. #13.  Judge Drain also granted multiple defense requests to order Fitzhugh to

27   remain in the custody of the United States Marshals in the Northern District of California.  See Exhibit

28

STIP. REMOVAL
NO. CR-16-71042-MAG

1  2, EDMI 16-mj-30364, Dkt. #28.  That stay is due to expire on February 16, 2017, so Fitzhugh will be

2  eligible to be removed to the Eastern District of Michigan on February 17, 2017.

3          The prosecutor in Michigan has provided the following information for the next court

4  appearance for Fitzhugh:

5          March 10, 2017, at 1:00 p.m.
           Theodore Levin United States Courthouse,
6          231 W. Lafayette Blvd.,
           Detroit, MI 48226
7

8          The parties jointly request that this Court order Fitzhugh removed, effective February 17, 2017,

9  and order him to appear in the Eastern District of Michigan on March 10, 2017.

10         The parties also jointly request that this Court exclude time under the Speedy Trial Clock until

11  March 10, 2017, due to Fitzhugh's removal to Michigan—in the custody of the United States Marshals

12  Service.  See 18 U.S.C. 3161(h)(1)(E) and (F).

13

14  **IT IS SO STIPULATED:**

15  DATED: February 14, 2017                     Respectfully submitted,

16                                              BRIAN J. STRETCH
                                                United States Attorney
17
                                                _____/s/_____
18                                              CHRISTINA McCALL
                                                Assistant United States Attorney
19

20  DATED: February 14, 2017                    _____/s/_____
                                                JEROME MATTHEWS
21                                              Counsel for Damarcus Fitzhugh

22  //

23  //

24  //

25  //

26  //

27  //

28  //

STIP. REMOVAL
NO. CR-16-71042-MAG

1

**[PROPOSED] ORDER**

2      Based on the foregoing Stipulation and for good cause shown, **effective February 17, 2017**, the

3   Court hereby ORDERS defendant Damarcus Fitzhugh removed to the Eastern District of Michigan, and

4   ORDERS him to appear at the courtroom listed above on March 10, 2017 at 1:00 p.m.  Time is excluded

5   between the date of this order and March 10, 2017 due to Fitzhugh's removal to Michigan—in the

6   custody of the United States Marshals Service.

7

8      **IT SO ORDERED.**

9   DATED: 2/14/17

10                                              The Hon. Kandis A. Westmore
                                                United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REMOVAL
NO. CR-16-71042-MAG